DAVID L. SKELTON, TRUSTEE  #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| In Re: | Chapter 13 Case |
|---|---|
| ROBERT LEE SCHANEMAN<br>MARY-ANN SCHANEMAN<br>6080 NANCY DRIVE<br>LA MESA, CA 91942-0000<br><br>**Debtors** | Case No.  08-07044 B 13<br><br>**TRUSTEE'S MOTION TO DISMISS CASE, NOTICE OF MOTION WITH RIGHT TO REQUEST HEARING** |

1. **MOTION TO DISMISS CASE FOR MATERIAL DEFAULT OF PLAN PROVISIONS-**

   David L. Skelton, Chapter 13 Trustee, moves the Court to dismiss this case and alleges there has been a material default by Debtors of the Chapter 13 Plan in that Debtors failed to make payments to the Trustee pursuant to such plan. Trustee requests new pay stub and employer information if Debtors oppose this motion.

2. **NOTICE OF MOTION & RIGHT TO REQUEST HEARING**

   You are hereby notified that if you object to the entry of an Order Dismissing this case **YOU ARE REQUIRED**:

   a. To Obtain a hearing date and time from the Chapter 13 Courtroom Deputy by calling telephone number (619) 557-5955; and,

   b. **WITHIN 31 DAYS FROM THE DATE OF SERVICE OF THIS MOTION to serve a copy of a REQUEST AND NOTICE OF HEARING (CSD 1184)** on David L. Skelton, Trustee, and to file the original and one copy of the papers and proof of service with the Clerk, Bankruptcy Court, 325 West "F" Street, San Diego, California 92101-6991.

   You are further notified that IF YOU FAIL TO REQUEST AND SERVE NOTICE OF HEARING within the 31 day period provided for by this notice, the Trustee will present an Order Dismissing this case to the Court for entry without hearing or further notice to you.

   Dated:  March 19, 2010                                       /s/  David L. Skelton
                                                                                        Chapter 13 Trustee